# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 17-254-3 |
| | : | |
| HUMBERTO ALMONTE | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 9th day of November 2018, upon consideration of Defendant's *motion to suppress statements*, (Doc. 64), the Government's *response in opposition*, (Doc. 76), and the testimony and oral argument heard on October 11, 2018, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's *motion to suppress statements* is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*